IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.  : <br> : <br> **EDDIE LEE HARLEY,** : <br> : <br> **Defendant.** : <br> _____  :  | **CASE NO: 7:23-CR-65 WLS-TQL-20** |

## **ORDER**

On July 12, 2023, Defendant Eddie Lee Harley ("Harley") and nineteen additional Defendants were indicted by a grand jury in a forty-three count indictment (Doc. 1). Harley was not arrested until January 29, 2024. His arraignment is scheduled for February 1, 2024, and Oliver Register has been appointed as his counsel.

By Order (Doc. 294) ("Complex Case Order") entered September 11, 2023, Case No. 7:23-CR-65 was declared a complex case. This Order provides Notice to Defendant Harley, as a named Defendant in the above-referenced Indictment, that he is subject to the terms of the Complex Case Order, including the finding that the ends of justice served by designating the case as complex outweigh the best interest of the public and Defendants, including Harley, in a speedy trial.

Accordingly, it is hereby **ORDERED** that the Defendant's case was included in the Court's Complex Case Order and deemed complex, and the above-captioned matter is hereby **CERTIFIED COMPLEX**. Therefore, it is **ORDERED** that Defendant Harley's case be **EXCLUDED FROM COMPUTATION** under 18 U.S.C. § 3161 for the reasons set forth in the Complex Case Order (Doc. 294).

It is further **ORDERED** that Defendant Harley shall have fourteen (14) days from entry of this Order within which to file any objection to the findings and order herein. Any such objection shall be accompanied by a supporting brief. Responses by any party may be filed within seven (7) days following any objection by Defendant Harley.

The Government and Defendant Harley are hereby **ORDERED** to confer and then meet with the Court in a status conference to discuss deadlines, scheduling, and whether

Defendant Harley's case will tentatively be ready to proceed to trial in September 2024 along with the remaining Defendants in this case.[1] The Court shall set the time and date for the status conference by a separate Order.

**SO ORDERED**, this 30th day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] On November 21, 2023, the Court entered an Order (Doc. 317) scheduling deadlines for disposition of this complex case. As of that date, Defendant Harley had not made an initial appearance in the case.

2