IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :     **CASE NO:** |
| | :     **7:23-cr-065- WLS-TQL-20** |
| **EDDIE LEE HARLEY,** | : |
| | : |
|     **Defendant.** | : |
| _____ | : |

## **ORDER**

By Order entered January 31, 2024 (Doc. 331) Defendant Eddie Lee Harley was notified that the Court had deemed Case No. 7:23-cr-65 complex and excluded from computation under the Speedy Trial Act 18 U.S.C. § 3161. (*See* Doc. 294.)

On November 21, 2023, the Court entered an Order (Doc. 317) ("Scheduling Order") scheduling the following deadlines for disposition of this complex case with respect to the Co-Defendants who had been arraigned as of that date.[1]

| | |
|---|---|
| 12/1/2023 | The Government will have discovery available to Defense<br>• Partial production made on 11/14/2023 of FBI reports |
| 12/16/2023 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. Notice of alibi or other affirmative defenses due per Federal Rule of Criminal Procedure 12.1, 12.2, and 12.3. |
| 4/1/2024 | Motions, other than motions in limine, due. |
| 4/22/2024 | Motion responses due. |
| 5/6/2024 | Motion replies due; Government's expert notices due. |
| 5/20/2024 | Rule 404(b) notices due. Deadline to provide notice of intent to use evidence under Federal Rule of Evidence 902. |
| 5/20/2024 | Defense expert notices due. |
| 6/11/2024 | Motions hearing and/or status conference. |
| 7/29/2024 | Motions in limine due. |
| 8/12/2024 | Proposed voir dire questions due. Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office. It is the responsibility of each attorney to review these questionnaires prior to trial. Voir dire questions may not repeat material contained in the questionnaires;<br>Requests to Charge due; |

---

[1] The Arraigned Defendants as of November 21, 2023 were: Calvin Smith Sr. (1), James McCormick (2), Bobby Kaiser (3), Calvin James Smith, Jr. (4), Joe Smith (5), Larkem Hayes (6), Vernardo Henley (7), Justin Thompson (8), Carla McNorton (9), Mitchell Brown (11), Christopher Martin (12), Amjed Hajjaj (14), Willie Keeley (15), Willie Brown (16), Rosa Lee Simmons (17), Yardley Payne (18), and Harold Gray (19).

|  | Proposed verdict form due;<br>Motion in limine responses due;<br>Voir dire objections due. |
|---|---|
| 9/5/2024 | Final pretrial conference and motions hearing on all pending motions. |
| 9/4/2024 | Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Gloria_Anderson@gamd.uscourts.gov no later than NOON; Electronic evidence files should be provided to the courtroom deputy no later than NOON. Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). All *Jencks* material including the grand jury testimony of witnesses who will be testifying at trial due. Failure to disclose being excused for good cause during trial. |
| 9/9/2024 | Trial commences. |

Defendant Harley had not made an initial appearance in this case when the Scheduling Order was entered. However, the January 31, 2024 Order further required Defendant Harley and the Government to confer and then meet with the Court to discuss deadlines and scheduling for Defendant Harley's case.

Accordingly, Defendant Harley and the Government are hereby **ORDERED** to submit a joint proposed scheduling order highlighting any proposed modifications to the Scheduling Order, no later **than fourteen (14) days** from the date of entry of this Order. The proposed order is to be e-mailed in Word format to the Clerk's Office mailbox at valdosta.ecf@gamd.uscourts.gov **[DO NOT E-FILE]**.

It is further **ORDERED** that Lead Counsel for the Government and Defendant Harley shall appear **in-person** for a scheduling conference on **Wednesday, March 27, 2024, at 2:00 p.m.**, at the C.B. King United States Courthouse, Albany, Georgia.

**SO ORDERED**, this 26th day of February 2024.

                                            /s/ W. Louis Sands
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**