IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :<br>:<br>v. :<br>:<br>**EDDIE LEE HARLEY,** :<br>:<br>**Defendant.** :<br>_____ : | **UNDER SEAL**<br>**7:23-cr-065–WLS-TQL-20** |

## **ORDER**

On September 25, 2024, the Court held a change of plea hearing in this matter. During the course of the hearing, Defendant expressed concerns about entering into a plea and also expressed a desire to represent himself. The change of plea hearing was continued to allow the Defendant and his counsel, Oliver R. Register, to discuss these matters, and for the Parties to engage in further discussions.

On October 24, 2024, the Court held a hearing to determine whether Defendant wished to proceed in this case with representation by Mr. Oliver, another lawyer, or if appropriate, representing himself. After a full discussion during a sealed hearing, and for the reasons stated on the record, the Court found that Defendant had not clearly and unequivocally asserted a right of self-representation, did not want to represent himself, and that the relationship between Mr. Oliver and Defendant was not irreparably broken or damaged. Defendant confirmed he will cooperate with and communicate with Mr. Oliver. After consultation with Defendant and reviewing all of the Government's tape recordings related specifically to Defendant's conversations related to the charges against Defendant in the Indictment, Mr. Oliver shall file a status report with the Court apprising the Court and the Government whether Defendant wishes to proceed with his change of plea hearing or whether Defendant intends to proceed to trial.

Accordingly, on or before the close of business on **Friday, November 15, 2024**, Defendant shall file a status report apprising the Court and the Government whether Defendant wishes to proceed with his change of plea hearing or whether Defendant intends

1

to proceed to trial. A separate change of plea hearing will be scheduled at the appropriate time, if appropriate.

**SO ORDERED**, this 28th day of October 2024.

                                          **/s/W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**