IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. |
| | : | 7:23-cr-065–WLS-AGH-20 |
| EDDIE LEE HARLEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Government's Motion in Limine to Admit Evidence of Defendant's Phone Number Listed in His Probation File (Doc. 818) ("Motion") filed July 20, 2025. Therein, the Government seeks to be allowed to introduce evidence of Defendant Eddie Lee Harley's ("Harley") cell phone number which is in Harley's probation records. The Government intends to introduce the cell phone number through the testimony of Melanie Hasty, Coordinating Chief Community Supervision Officer.

On July 21, 2025, the Court heard arguments on the Motion. Upon consideration of the Motion, the arguments of counsel, and for the reasons stated on the Record, the Court finds that the Government may introduce evidence of Harley's cell phone number through the testimony of Ms. Hasty with the following conditions:

1. Prior to Ms. Hasty's testimony, the jury will learn through the admission of Federal Rule of Evidence 404(b) evidence that Harley was previously convicted of a drug crime per the Government's Notice of Intent to Introduce Evidence of Defendant's (Harley's) Prior Conviction (Doc. 387).

2. The Government shall notify the Court prior to introducing evidence of Harley's prior convictions, and the Court will give the Jury a limited instruction regarding the permitted use of Rule 404(b) evidence.

**SO ORDERED**, this 22nd day of July 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1