IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.  : <br> : <br> **EDDIE LEE HARLEY,** : <br> : <br> **Defendant.** : <br> _____ : | **CASE NO:** <br> **7:23-cr-65–WLS-AGH-20** |

### ORDER

Before the Court is Defendant "Eddie Harley's Objections to Draft Presentence Investigation Report (Doc. 855)" (Doc. 878 "Objection") filed October 8, 2025. The sentencing hearing in this matter is scheduled for October 29, 2025.

Accordingly, on or before close of business on **Wednesday, October 15, 2025**, the Government is hereby **ORDERED** to file a response to the Objection. Defendant may file a reply, if any, not later than close of business on **Tuesday, October 21, 2025**.

**SO ORDERED**, this 10th day of October 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1